| AO-10 Rev. 1/94 | FINANCIAL DISCLOSURE REPORT INITIAL | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-111) |

| 1. Person Reporting (Last name, first, middle initial) Folsom, David J. | 2. Court or Organization U. S. Dist Ct., Eastern Texas | 3. Date of Report 10/07/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Nominee, U S Dist Ct, East TX | 5. Report Type (check appropriate type) ___ Nomination, Date 10/03/94 _X_ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/93 -9 /30/94 |
| 7. Chambers or Office Address 4122 Texas Boulevard Texarkana, TX 75503 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1993 | Net income attorney at law | $ 69019.00 |
| 1994 | Net income attorney at law (1/1/94 thru 9/30/94) | $ 185335.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Folsom, David J. | Date of Report<br>10/07/94 |
|---|---|---|

## V. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 12-14 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | Exempt |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | Exempt | $ 0.00 |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Texarkana National Bank | Office bldg, 4122 TX Blvd, Tex., TX | L |
| Pike Cty Bank, Murfreesboro AR | Boat | K |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 10/07/94 |

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions**  (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  SPOUSE'S INDIVIDUAL RETIREMENT ACCOUNTS: | D | IRA | M | T | | | | | |
| 2  A. G. Edwards & Sons, Inc. | | Div | L | T | | | | | |
| 3  Edward D. Jones & Company | | Div | K | T | | | | | |
| 4  Merrill Lynch | | Div | K | T | | | | | |
| 5  Ohio National Insurance Company | | Int | J | T | | | | | |
| 6 | | | | | | | | | |
| 7  SEP-INDIVIDUAL RETIREMENT ACCOUNT | D | IRA | | | | | | | |
| 8  Ohio Insurance Company | | Int | L | T | | | | | |
| 9  Merrill Lynch | | Div | K | T | | | | | |
| 10 | | | | | | | | | |
| 11  Ohio National Life Insurance Co.--Tax Deferred Annuity | C | Ann | L | T | | | | | • |
| 12 | | | | | | | | | |
| 13  444 sh Texarkana National Bancshares | A | Div | K | U | | | | | |
| 14  400 sh Wal-Mart | A | Div | J | T | | | | | |
| 15  Merrill Lynch Municipal Bond Fund | A | Int | K | T | | | | | |
| 16 | | | | | | | | | |
| 17  Texarkana National Bank--checking account | A | Int | J | T | | | | | |
| 18  Texarkana National Bank--checking account | A | Int | J | T | | | | | |

| 1  Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to $5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2  Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3  Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Folsom, David J. | Date of Report<br>10/07/94 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method)<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19  Texarkana National Bank--checking account | | None | J | T | | | | | |
| 20  Texarkana National Bank--checking (Attorney at law) | | None | L | T | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |

| 1  Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>F=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2  Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>M=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | N=$100,001 to $250,000 |
| 3  Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>V=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Folsom, David J. | Date of Report<br>10/07/94 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____    Date Oct. 7 1994

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, 104, AND 18 U.S.C. 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Washington, D.C. 20544